IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JAMES JOSEPH OWENS,
        Plaintiff,
    v.                               **Judgment in a Civil Case**
MR. CAVALERI; JOHN DOE I; JOHN
DOE 2; JOHN DOE 3; SCOTT LITTLE
JOHN; MS. DORI; JOHN DOE 4; JOHN
DOE 5,
        Defendants.                Case Number: 5:09-CT-3100-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss is granted and this action is hereby dismissed in its entirety without prejudice.

This Judgment Filed and Entered on August 15, 2012, with service on:
James Joseph Owens El, c/o The Moorish Science Temple of America, 4311 Penhurst Ave., Baltimore, MD 212 (via U.S. Mail)
Joseph B. Royster, R. Daniel Boyle (via CM/ECF Notice of Electronic Filing)

August 15, 2012                              /s/ Julie A. Richards
                                                    Clerk

Raleigh, North Carolina